UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | | |
|---|---|---|
| HOSSEIN JOUDI HAGHIGHI | ) | NO. SACV 06-50 PA (FFM) |
| Petitioner, | ) ) | |
| | ) | JUDGMENT |
| v. | ) ) | |
| D. OLLISON, WARDEN, | ) ) | |
| Respondent. | ) ) | |

Pursuant to the Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition is dismissed with prejudice.

DATED: December 4, 2008

PERCY ANDERSON
United States District Judge